UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

ELIO JOSE FLORES RODRIGUEZ,

             Petitioner,

v.

UNKNOWN PARTY et al.,

             Respondents.
_____/

Case No. 2:26-cv-145

Honorable Paul L. Maloney

### **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DENIED WITHOUT PREJUDICE** to the extent that it requests release based upon Petitioner's claimed Temporary Protected Status (TPS).

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** to the extent that it requests a custody redetermination (bond) hearing.

Dated:    July 7, 2026                   /s/ Paul L. Maloney          
                                            Paul L. Maloney
                                            United States District Judge